IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR LAKE COUNTY, FLORIDA

STEVEN B. MARKER

    Plaintiff,

vs.

CASE NO.:

DIVISION:

HOME DEPOT USA, Inc.

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, STEVEN B. MARKER ("PLAINTIFF"), by and through his undersigned attorneys, and files this Complaint against Defendant, HOME DEPOT USA, Inc. ("DEFENDANT"), respectfully stating unto the Court the following:

1. This is a cause of action for damages in excess of $15,000.00.

2. At all material times, PLAINTIFF was a resident of Lake County, Florida.

3. At all material times, DEFENDANT was a foreign corporation authorized to and doing business in Lake County, Florida.

4. At all material times, DEFENDANT acted through its agents, servants and employees, including PLAINTIFF.

5. At all material times, PLAINTIFF was a Florida resident, who worked, *inter alia*, in Lake County, Florida.

6. PLAINTIFF is a white male, and at all material times, over the age of 40. He is a member of a protected class.

7. DEFENDANT committed an unlawful employment practice by discharging PLAINTIFF based on his age, in violation of Section §703 of the Civil Rights Act as amended.

8. As the result of DEFENDANT'S discrimination against him, PLAINTIFF has been damaged monetarily and his reputation has also been damaged.

9. This action arises under and is filed pursuant to Title VII of the Civil Rights Act of 1964 as Amended (42 U.S.C. 2000, *et seq.*), and Section §703 of the Civil Rights Act as amended, the Florida Civil Rights Act of 1992, as amended (Chapter §760 Florida Statutes). This court has jurisdiction under these Acts.

10. Relevant acts or omissions were committed in Lake County, Florida, and PLAINTIFF suffered harm in Lake County, Florida.

11. PLAINTIFF has exhausted all administrative remedies and received a "Right to Sue" letter from the Equal Employment Opportunity Commission on March 26, 2018.

12. DEFENDANT is one of the most well-known retailers in the United States and employs thousands.

13. In 1994, DEFENDANT hired PLAINTIFF, who most recently worked as a Key Carrier Freight Supervisor at the Leesburg, Florida store. PLAINTIFF was employed in this position at all times relevant to this action.

14. In late 2016 and early 2017, PLAINTIFF was subjected to a series of negative write-ups by supervisors at his Leesburg store. They began as false allegations blaming PLAINTIFF and his "freight team" for minor incidents and actions outside of the control of PLAINTIFF. These allegations, all minor in nature, ultimately culminating in a "final warning," issues on March 16, 2017, falsely accusing PLAINTIFF of a "major" violation of company policy due to a small paint leak.

15. DEFENDANT was then terminated PLAINTIFF on or about March 27, 2017.

16. Prior to his termination, PLAINTIFF was a valuable employee of DEFENDANT with an exemplary record for approximately 23 years. PLAINTIFF received consistently positive appraisals and reviews throughout his tenure with DEFENDANT.

17. At least one other similarly situated employee of DEFENDANT, individual or individuals under the age of 40, were not subjected to the same adverse employment action as PLAINTIFF, that is, said similarly situated individuals were *not* terminated for following company policy.

18. All conditions precedent to the filing of this lawsuit have been satisfied.

## COUNT I
### Age Discrimination in Employment Act

19. The foregoing paragraphs are hereby incorporated by reference as though fully set forth herein.

20. At all material times, PLAINTIFF was over 40 years of age.

21. At all material times, PLAINTIFF was qualified for his position as a Key Carrier Freight Supervisor.

22. As described above, PLAINTIFF was subject to adverse employment actions and treated less favorably than his co-workers who were under 40 years of age and/or substantially younger than PLAINTIFF because PLAINTIFF was over 40 years of age and/or substantially older than his co-workers and the individuals hired to replace him and his age was a substantial factor in taking the above-described adverse employment actions.

**WHEREFORE**, PLAINTIFF, demands judgment against DEFENDANT for damages, injunctive relief in the form of reinstatement and an Order enjoining further discrimination, back

and front pay if appropriate, punitive damages and compensatory damages, together with costs incurred and attorney's fees, and further demands a trial by jury on all issues so triable.

## COUNT II

### Florida Civil Rights Act (Age Discrimination)

23. The foregoing paragraphs are hereby incorporated by reference as though fully set forth herein.

24. This is an action for age discrimination in violation of the Florida Civil Rights Act, based on DEFENDANT'S disparate treatment of PLAINTIFF when compared to his peers who worked for DEFENDANT and who were hired to replace PLAINTIFF. PLAINTIFF is over 40 years of age and thereby a member of a protected class.

25. PLAINTIFF was terminated from a position for which he was qualified, while younger individuals kept their jobs, and younger individuals were hired to replace PLAINTIFF.

26. Upon information and belief, the reason that PLAINTIFF received the above-described adverse employment actions was his age, and PLAINTIFF'S age was a substantial factor in making the adverse employment decisions.

27. As the result of the above-described actions, PLAINTIFF has suffered mental anguish, emotional distress, shame, embarrassment and humiliation and he continues to suffer these things.

**WHEREFORE**, PLAINTIFF, demands judgment against DEFENDANT for damages in an amount to be determined at trial, injunctive relief in the form of reinstatement to his former position, and an Order enjoining further discrimination; front pay if appropriate, compensatory damages, together with costs incurred and attorney's fees, and further demands a trial by jury on all issues so triable.

DATED: April 6, 2018

                               Respectfully submitted,

                               **SCHATT, HESSER, MCGRAW**

                               _____
                               **Kenneth M. Hesser**
                               Florida Bar No.: 375720
                               PO Box 4440
                               Ocala, FL  34478
                               (352) 789-6520 TEL
                               (352) 789-6570 FAX
                               khesser@schatthesser.com
                               julie@schatthesser.com
                               *Attorneys for Plaintiff*